# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:09-CV-129-DCK

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INSITE DEVELOPMENT & DESIGN, INC.; E&H LEASING COMPANY, LLC; CHRIS ALDEN HOLMAN; LAURA F. HOLMAN; AND JOSEPH RANDALL ELLER, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. §636(c), and there are motions pending before the Court that are ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned on **April 22, 2010**, for a Status and Motions Hearing, prepared to discuss the status of the case and to argue any pending motions. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS FURTHER ORDERED** that Plaintiff and Defendants shall each file a concise (five pages or less) update on the status of the case and their positions on the pending motions on or before **April 16, 2010**.

Signed: March 30, 2010

_____
David C. Keesler
United States Magistrate Judge