IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:09-CV-129-DCK

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) INSITE DEVELOPMENT & DESIGN, ) INC.; E&H LEASING COMPANY, LLC; ) CHRIS ALDEN HOLMAN; LAURA F. ) HOLMAN; AND JOSEPH RANDALL ) ELLER, ) ) Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. §636(c), and this matter has been set for trial during the civil term beginning **February 14, 2011**. The Clerk of Court will issue a separate Notice confirming the date, time, and location of the trial. Counsel for the parties should review "Pretrial Order And Case Management Plan" (Document No. 32) regarding trial procedures and relevant deadlines.

Signed: November 23, 2010

David C. Keesler
United States Magistrate Judge