# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:09-CV-129-DCK

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INSITE DEVELOPMENT & DESIGN, INC.; E&H LEASING COMPANY, LLC; CHRIS ALDEN HOLMAN; LAURA F. HOLMAN; AND JOSEPH RANDALL ELLER, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The Court has been informed by counsel for Plaintiff that the parties have reached an agreement to settle this case. Both counsel and the parties are commended for their efforts to resolve this matter short of trial. Counsel are respectfully reminded of Section IV(E) of the Pretrial Order and Case Management Plan (Document No. 32) providing that the parties are to file all documents needed to effectuate the closing of the Court file within thirty (30) days of reaching an agreement, unless additional time is sought and granted by the Court.

**IT IS THEREFORE ORDERED** that the parties shall file all documents necessary to effectuate the closing of the Court file on or before **February 24, 2011**.

Signed: January 24, 2011

David C. Keesler
United States Magistrate Judge